**DENIED BY THE COURT**
by: *Gary Klausner*
Hon. R. Gary Klausner
Dated: November 6, 2020

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SADIA CALIXTE, GREGORY HURLING, JVANNE RHODES, FREDDIE TALLEY and ORAL TALLEY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>DAVE INC.,<br><br>Defendant. | Case No.: 2:20-cv-07704-RGK-JEM<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND TO STAY ACTION [25] |

For good cause shown, the Court approves and **GRANTS** the Stipulation to Continue Hearing on Motion to Compel Arbitration and to Stay Action pursuant to its terms:

1. The hearing on the motion to dismiss or stay and compel arbitration be continued until February 22, 2020;
2. Plaintiffs shall file their opposition no later than January 25, 2020,
3. Dave, Inc. shall file its reply no later than February 8, 2020; and
4. This action shall otherwise be stayed until February 8, 2020.

**IT IS SO ORDERED.**

Dated: November  6 , 2020

DENIED BY THE COURT
Hon. R. Gary Klausner

ORDER                                    1