# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-07704-RGK-JEM | Date | March 11, 2021 |
|---|---|---|---|
| Title | *Sadia Calixte et al v. Dave, Inc.* | | |

**Present: The Honorable**  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Not Present

Attorneys Present for Defendant:  Not Present

**Proceedings:** **(IN CHAMBERS) Order Re: Motion for Leave to File Request for Relief from Judgment and for Sanctions and to Compel Arbitration [DE 29]**

On August 24, 2020, Sadia Calixte, Gregory Hurling, Jvanne Rhodes, Freddy Talley, and Oral Talley (collectively, "Plaintiffs") filed a Complaint alleging claims against Dave, Inc. on behalf of themselves, and putative claims on behalf of a putative class consisting of all others similarly situated. (ECF No. 1). Plaintiffs never moved to certify a class. On November 6, 2020, Plaintiffs filed a notice of voluntary dismissal pursuant to Rule 41 of the F.R.C.P. ("Dismissal") (ECF No. 27).

Presently before the Court is a Motion for Leave to File Request for Relief from Judgment and for Sanctions and to Compel Arbitration filed by an individual named Shurjo Ali ("Ali") who is not, and has never been, a party to this suit. ("Motion"). By his Motion, Ali "requests the Court to relieve [him] from the Court's final judgment" pursuant to Rule 60(b) of the Federal Rules of Civil Procedure so that he may seek sanctions against Dave, Inc. and compel Dave, Inc. to arbitration. (Motion at 2–3).

Rule 60(b) provides that "the court may relieve a party . . . from a final judgment, order, or proceeding for" various enumerated reasons. Fed. R. Civ. P. 60(b). Ali is not and has never been a party to this action; accordingly, he lacks standing to file a motion under Rule 60(b) and to move for sanctions or to compel arbitration. The Court therefore **DENIES** Ali's Motion in its entirety.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer  _____